CLOSED,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:18–cv–08845–GHW

Hull Leavitt v. Alnylam Pharmaceuticals, Inc. et al  
Assigned to: Judge Gregory H. Woods  
Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 09/26/2018  
Date Terminated: 11/20/2018  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Plaintiff**

**Caryl Hull Leavitt**  
*individually and on behalf of all others similarly situated*

represented by **Joseph Alexander Hood , II**  
Pomerantz LLP  
600 Third Avenue  
New York, NY 10016  
(212)–661–1100  
Email: ahood@pomlaw.com  
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**  
Pomerantz LLP  
600 Third Avenue, 20th Floor  
New York, NY 10016  
(212)–661–1100  
Fax: (212)–661–8665  
Email: jalieberman@pomlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alnylam Pharmaceuticals, Inc.**

represented by **Scott D. Musoff**  
Skadden, Arps, Slate, Meagher & Flom LLP (NYC)  
Four Times Square  
New York, NY 10036  
212 735 3000  
Fax: 212 735 2000  
Email: smusoff@skadden.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Alisha Quintana Nanda**  
Skadden, Arps, Slate, Meagher & Flom LLP (MA)  
500 Boylston Street  
Boston, MA 02116  
(617) 573–4804  
Email: alisha.nanda@skadden.com  
*ATTORNEY TO BE NOTICED*

                                          **Marley Ann Brumme**
Skadden, Arps, Slate, Meagher & Flom LLP (MA)
500 Boylston Street
Boston, MA 02116
(617)–573–4861
Fax: (617)–305–4861
Email: marley.brumme@skadden.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John M. Maraganore**          represented by   **Scott D. Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alisha Quintana Nanda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marley Ann Brumme**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Manmeet S. Soni**          represented by   **Scott D. Musoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alisha Quintana Nanda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marley Ann Brumme**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2018 | Ï 1 | COMPLAINT against Alnylam Pharmaceuticals, Inc., John M. Maraganore, Manmeet S. Soni. (Filing Fee $ 400.00, Receipt Number 0208–15623230)Document filed by Caryl Hull Leavitt. (Attachments: # 1 Certification, # 2 Schedule A)(Lieberman, Jeremy) (Entered: 09/26/2018) |
| 09/26/2018 | Ï 2 | CIVIL COVER SHEET filed. (Lieberman, Jeremy) (Entered: 09/26/2018) |
| 09/26/2018 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Alnylam Pharmaceuticals, Inc., John M. Maraganore, and Manmeet S. Soni, re: 1 Complaint,. Document filed by Caryl Hull Leavitt. (Lieberman, Jeremy) (Entered: 09/26/2018) |
| 09/26/2018 | Ï 4 | NOTICE OF APPEARANCE by Joseph Alexander Hood, II on behalf of Caryl Hull Leavitt. (Hood, Joseph) (Entered: 09/26/2018) |

| | | |
|---|---|---|
| 09/26/2018 | Ï 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Caryl Hull Leavitt.(Hood, Joseph) (Entered: 09/26/2018) |
| 09/27/2018 | Ï 6 | NOTICE of Filing re: 1 Complaint,. Document filed by Caryl Hull Leavitt. (Attachments: # 1 Certification)(Lieberman, Jeremy) (Entered: 09/27/2018) |
| 09/27/2018 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jeremy Alan Lieberman. The party information for the following party/parties has been modified: Caryl Hull Leavitt. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (sj)** (Entered: 09/27/2018) |
| 09/27/2018 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Gregory H. Woods. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (sj) (Entered: 09/27/2018) |
| 09/27/2018 | Ï | Magistrate Judge Robert W. Lehrburger is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (sj) (Entered: 09/27/2018) |
| 09/27/2018 | Ï | Case Designated ECF. (sj) (Entered: 09/27/2018) |
| 09/27/2018 | Ï 7 | ELECTRONIC SUMMONS ISSUED as to Alnylam Pharmaceuticals, Inc., John M. Maraganore, Manmeet S. Soni. (sj) (Entered: 09/27/2018) |
| 11/20/2018 | Ï 8 | NOTICE OF APPEARANCE by Scott D. Musoff on behalf of Alnylam Pharmaceuticals, Inc., John M. Maraganore, Manmeet S. Soni. (Musoff, Scott) (Entered: 11/20/2018) |
| 11/20/2018 | Ï 9 | PROPOSED STIPULATION AND ORDER. Document filed by Alnylam Pharmaceuticals, Inc., John M. Maraganore, Manmeet S. Soni. (Musoff, Scott) (Entered: 11/20/2018) |
| 11/20/2018 | Ï 10 | JOINT LETTER addressed to Judge Gregory H. Woods from Scott D. Musoff dated November 20, 2018 re: PROPOSED STIPULATION AND ORDER, Entry #9. Document filed by Alnylam Pharmaceuticals, Inc., John M. Maraganore, Manmeet S. Soni.(Musoff, Scott) (Entered: 11/20/2018) |
| 11/20/2018 | Ï 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent No Corporate Parent, Other Affiliate Sanofi S.A. for Alnylam Pharmaceuticals, Inc.. Document filed by Alnylam Pharmaceuticals, Inc..(Musoff, Scott) (Entered: 11/20/2018) |
| 11/20/2018 | Ï 12 | NOTICE OF APPEARANCE by Marley Ann Brumme on behalf of Alnylam Pharmaceuticals, Inc., John M. Maraganore, Manmeet S. Soni. (Brumme, Marley) (Entered: 11/20/2018) |
| 11/20/2018 | Ï 13 | NOTICE OF APPEARANCE by Alisha Quintana Nanda on behalf of Alnylam Pharmaceuticals, Inc., John M. Maraganore, Manmeet S. Soni. (Nanda, Alisha) (Entered: 11/20/2018) |
| 11/20/2018 | Ï 14 | STIPULATION AND ORDER TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404(A): NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that pursuant to 28 U.S.C. § 1404, the above−captioned matter be transferred to the District of Massachusetts. (Signed by Judge Gregory H. Woods on 11/20/2018) (jwh) (Entered: 11/20/2018) |
| 11/20/2018 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court − District of District of Massachusetts (jwh) (Entered: |

11/20/2018)