**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

<u>Caryl Hull Leavitt</u>
Plaintiff

V.

<u>Alnylam Pharmaceuticals, Inc. et al</u>
Defendant

CIVIL ACTION

NO. 18-cv-12433 - NMG

## **ORDER OF DISMISSAL**

<u>Gorton, D. J.</u>

    In accordance with the Court's Memorandum and Order dated <u>March 23, 2020</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>3/23/2020</u>
Date

  /s/ Leonardo T. Vieira
Deputy Clerk